SHOYER et al. v. PHŒNIX KNITTING WORKS. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Appeal from Special Term, New York County. Action

by Daniel W. Shoyer and another against the Phœnix Knitting Works. From an order denying defendant's motion for particulars of plaintiff's complaint and reply, it appeals. Modified and affirmed. B. L. Stowell, of New York City, for appellant. Achilles H. Kohn, of New York City, for respondents.

PER CURIAM. The order appealed from will be modified, by granting the defendant's motion for particulars as specified in paragraphs 9 to 17, inclusive, of the demand, in addition to those already granted, and, as so modified, is affirmed, without costs to either party in this court.

